IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEY DILEMANI<br>52 Brinker Drive<br>Doylestown, PA 18901<br><br>       Plaintiff,<br><br>       v.<br><br>BUCA, INC.<br>1300 Nicollet Mall<br>Suite 5003<br>Minneapolis, MN 55403<br><br>       Defendant. | CIVIL ACTION NO.<br><br><br>Jury Trial Demanded |

## UNCONTESTED MOTION FOR ADMISSION
## *PRO HAC VICE* OF DANIEL C. GERHAN

Pursuant to Local Rule 83.5.2, the undersigned, Kay Kyungsun Yu, a member in good standing of the Bar of this Court, hereby makes application to admit *pro hac vice* Daniel C. Gerhan to appear and participate as counsel for Defendant Buca, Inc., in the above-captioned action as follows:

    1.    Mr. Gerhan is a Partner at Faegre & Benson LLP in its office in Minneapolis, Minnesota.

    2.    Mr. Gerhan is a member of the District of Columbia Court of Appeals, the United States District Court for the District of Columbia, the Minnesota Supreme Court, the United States District Court for the District of Minnesota, United States Court of Appeals for the Eighth Circuit, and the United States District Court for the Western District of Michigan.

3. The undersigned has been designated as the counsel in this action upon whom service of all papers under the Federal Rules of Civil Procedure and Rules of this Court may be made.

WHEREFORE, the undersigned respectfully requests that the admission of Daniel C. Gerhan be granted.

Respectfully submitted,

Kay Kyungsun Yu (PA I.D. No. 83701)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000 Telephone
(215) 963-5299 Facsimile

Attorneys for Defendant Buca, Inc.

Dated: June 24, 2002

## CERTIFICATE OF SERVICE

I, Kay Kyungsun Yu, hereby certify that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Daniel C. Gerhan and proposed Order was served by United States mail, first-class postage pre-paid, this 24th day of June, 2002, to the following:

>Michael J. Salmanson, Esquire
>Michael J. Salmanson, P.C.
>1515 Locust Street, 10th Floor
>Philadelphia, PA 19102

Kay Kyungsun Yu

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEY DILEMANI**<br>52 Brinker Drive<br>Doylestown, PA 18901 | :<br>:<br>:<br>: |
| Plaintiff, | :    CIVIL ACTION NO. |
| v. | :<br>: |
| **BUCA, INC.**<br>1300 Nicollet Mall<br>Suite 5003<br>Minneapolis, MN 55403 | :<br>:    Jury Trial Demanded<br>:<br>:<br>; |
| Defendant. | : |

## ORDER FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED THAT Daniel C. Gerhan is admitted *pro hac vice* for the purposes of representing Defendant Buca, Inc., in the above-captioned matter.

_____
United States District Judge