## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BEY DILEMANI** | : | |
| **52 Brinker Drive** | : | |
| **Doylestown, PA 18901** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **BUCA, INC.** | : | |
| **1300 Nicollet Mall** | : | **Jury Trial Demanded** |
| **Suite 5003** | : | |
| **Minneapolis, MN 55403** | : | |
| | ; | |
| **Defendant.** | : | |

## UNCONTESTED MOTION FOR ADMISSION
## *PRO HAC VICE* OF TINA L. LORLEBERG

Pursuant to Local Rule 83.5.2, the undersigned, Kay Kyungsun Yu, a member in good standing of the Bar of this Court, hereby makes application to admit *pro hac vice* Tina L. Lorleberg to appear and participate as counsel for Defendant Buca, Inc., in the above-captioned action as follows:

1.      Ms. Lorleberg is an Associate at Faegre & Benson LLP in its office in Minneapolis, Minnesota.

2.      Ms. Lorleberg is a member of the Minnesota Supreme Court, the United States District Court for the District of Minnesota and the United States Court of Appeals for the Eighth Circuit.

3.      The undersigned has been designated as the counsel in this action upon whom service of all papers under the Federal Rules of Civil Procedure and Rules of this Court may be made.

WHEREFORE, the undersigned respectfully requests that the admission of Tina L. Lorleberg be granted.

Respectfully submitted,

Kay Kyungsun Yu (PA I.D. No. 83701)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
(215) 963-5000 Telephone
(215) 963-5299 Facsimile

Attorneys for Defendant Buca, Inc.

Dated:  June 27, 2002

2

## CERTIFICATE OF SERVICE

I, Kay Kyungsun Yu, hereby certify that a true and correct copy of the foregoing

Motion for Admission *Pro Hac Vice* of Tina L. Lorleberg and proposed Order was served by

United States mail, first-class postage pre-paid, this 27th day of June, 2002, to the following:

Michael J. Salmanson, Esquire
Michael J. Salmanson, P.C.
1515 Locust Street, 10th Floor
Philadelphia, PA 19102

Kay Kyungsun Yu

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEY DILEMANI | : | |
| 52 Brinker Drive | : | |
| Doylestown, PA 18901 | : | |
| | : | |
| **Plaintiff,** | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| BUCA, INC. | : | |
| 1300 Nicollet Mall | : | Jury Trial Demanded |
| Suite 5003 | : | |
| Minneapolis, MN 55403 | : | |
| | ; | |
| **Defendant.** | : | |

## ORDER FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED THAT Tina L. Lorleberg is admitted *pro hac vice* for

the purposes of representing Defendant Buca, Inc., in the above-captioned matter.

_____
United States District Judge