IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEY DILEMANI | : | CIVIL ACTION NO. |
| | : | |
| V. | : | 02-2614 |
| | : | |
| BUCA, INC. | : | |

**O R D E R**

      AND NOW, this       day of August, 2002, IT IS ORDERED THAT:

      1.      All trial counsel and all unrepresented parties in the above-captioned matter shall attend an Initial Pretrial Scheduling Conference in the Chambers of the Honorable R. Barclay Surrick on <u>August 28, 2002</u>, at <u>9:30</u> a .m.  Counsel who attend must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case.

      2.      No later than five (5) days prior to the date of the Initial Pretrial Scheduling Conference, the parties shall file with the Court a written Joint Case Report which shall include the following information:

      A.      A brief statement describing the facts of the case and the basis for the Court's jurisdiction over the parties and the action (not to exceed three (3) pages);

      B.      A brief statement of all causes of action, the essential elements of each cause of action, and the relief sought;

      C.      A brief statement of the defenses asserted and the essential elements of each affirmative defense;

      D.      Whether the Parties have complied with the disclosure requirements of Fed.R.Civ. P.26(a)(1) and Section 4:01(a) of the Civil Expense and Delay Reduction Plan and, if not the date on which such disclosures will be completed;

      E.      The date by which the Parties anticipate all discovery (including expert discovery) will be completed;

      F.      Whether all necessary parties have been properly joined, and if not, the name of any such party and each Party's respective position of why such party is or is not necessary to the action.

      G.      Whether settlement negotiations have taken place and each Party's respective position on settlement.

      H.      A list of all counsel who will be attending the Scheduling Conference, identifying the party whom each attorney represents.

AND IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge