**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BEY DILEMANI, | ) | File No. 02-CV-2614 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT BUCA, INC.'S** |
| | ) | **NOTICE OF MOTION** |
| BUCA, INC., | ) | **AND MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| Defendant. | ) | |

TO:   Plaintiff Bey Dilemani and his attorney Scott B. Goldberg, Michael J. Salmanson, P.C., 1515 Locust Street, Tenth Floor, Philadelphia, PA 19102.

PLEASE TAKE NOTICE that defendant BUCA, Inc. hereby moves the Court, the Honorable James Knoll Gardner presiding, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting defendant summary judgment as to all claims in this action.

The motion is made upon all the files, records, and proceedings in this matter and upon the affidavits and memorandum that are being filed with this motion. The grounds for the motion are that plaintiff has failed to raise any genuine issue of material fact to support his age discrimination claims and defendant BUCA, Inc. is entitled to judgment as a matter of law.

-2-

Dated:  February __, 2003                    FAEGRE & BENSON LLP


                                             */s/ Daniel C. Gerhan*
                                             Daniel C. Gerhan (I.D. No. 189698)

                                             2200 Wells Fargo Center
                                             90 South Seventh Street
                                             Minneapolis, MN  55402-3901
                                             (612) 766-7000


                                             LOCAL COUNSEL:
                                             Kay Kyungsun Yu (I.D. No. 83701)
                                             Morgan, Lewis & Bockius LLP
                                             1701 Market Street
                                             Philadelphia, PA  19103-2921
                                             (215) 963-5000

                                             Attorneys for Defendant BUCA, Inc.

M1:958156.01

-3-

### *CERTIFICATE OF SERVICE*

I hereby certify that on February 3, 2003, I electronically filed the foregoing with the Clerk of Court using the ECF system. This document is available for viewing and downloading from the ECF system.

Additionally, a copy of the foregoing was mailed to the attorney named below at the address shown below by UPS Next Day Air from Minneapolis, MN on February 3, 2002:

**Mr. Scott B. Goldberg**
**Michael J. Salmanson, P.C.**
**1515 Locust Street, 10th Floor**
**Philadelphia, PA  19102**

                                                    */s/ Daniel C. Gerhan*
                                                    Daniel C. Gerhan