IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEY DILEMANI,<br><br>        Plaintiff,<br><br>vs.<br><br>BUCA, INC.,<br><br>        Defendant. | File No. 02-CV-2614<br><br>**AFFIDAVIT OF DANIEL C. GERHAN IN SUPPORT OF DEFENDANT BUCA, INC.'S MOTION FOR SUMMARY JUDGMENT** |

STATE OF MINNESOTA  )
                               ) ss.
COUNTY OF HENNEPIN  )

DANIEL C. GERHAN, being duly sworn and under oath states that:

1. I am one of the attorneys representing Defendant BUCA, Inc. in this action. I submit this affidavit in support of Defendant BUCA, Inc.'s Motion for Summary Judgment.

2. Attached as Exhibit A are the following relevant excerpts from the deposition of Bey Dilemani:

    Cover page, 9-11, 30-35, 51-54, 65, 69-71, 76-85, 88-90, 94-96, and 117.

3. Attached as Exhibit B are the following relevant exhibits from the deposition of Bey Dilemani:

    Exh. 1, Exh. 2, Exh. 3, and Exh. 4.

4. Attached as Exhibit C are the following relevant excerpts from the deposition of James M. Cowler:

> Cover page, 3, 121-23, 148-50, 156-62, 164, 166-71, 178, 187-90, 205-15, 227, 242, 248, 253, 268-69, and 274-76.

5. Attached as Exhibit D are the following relevant excerpts from the deposition of Lori A. Van Holmes:

> Cover page, 32, 36-37, 39-42, 50-60, 68-70, 76-77, 82-94, 105, 110-15, 122-34, and 140-49.

6. Attached as Exhibit E are the following relevant exhibits from the deposition of Lori A. Van Holmes:

> Exh. 14, Exh. 15, and Exh. 16.

7. Attached as Exhibit F is Defendant's answer to Plaintiff's Interrogatory No. 9 from Defendant's Objections and Answers to Dilemani's First Set of Interrogatories.

8. Attached as Exhibit G is a copy of the unpublished decision Sadler v. Marriott Int'l, Inc., No. CIV. A. 98-762, 1999 WL 357381 (E.D. Pa. June 3, 1999).

This completes my affidavit, which consists of two typewritten pages and the attached Exhibits A through G.

_____
DANIEL C. GERHAN

Subscribed and sworn to before me this 3rd day of February, 2003.

_____
Notary Public

JUDITH M. KIRBY
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

M1:958180.01

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2003, I electronically filed the foregoing with the Clerk of Court using the ECF system. This document is available for viewing and downloading from the ECF system.

Additionally, a copy of the foregoing was mailed to the attorney named below at the address shown below by UPS Next Day Air from Minneapolis, MN on February 3, 2002:

**Mr. Scott B. Goldberg**
**Michael J. Salmanson, P.C.**
**1515 Locust Street, 10th Floor**
**Philadelphia, PA 19102**

                                                          */s/ Daniel C. Gerhan*
                                                          Daniel C. Gerhan