# EXHIBIT B

EXHIBIT D-1 1-8-03

# FOODSERVICE MART

## HELP WANTED

---

**HAPPY WITH YOUR CURRENT JOB?**

GREAT --- You're just who we're looking for

# REGIONAL MANAGERS
# DISTRICT MANAGERS
# GENERAL MANAGERS
# ASSISTANT MANAGERS

## LOCATIONS IN 37 STATES

**REGIONAL MANAGERS & DISTRICT MANAGERS:**
must have a min. of 2 yrs. full service multi-unit restaurant supervisor, casual theme experience.

**GENERAL MANAGERS & ASSISTANT MANAGERS:**
must have a min. of 2 yrs. casual theme, full service management restaurant experience.

**WE PROVIDE:**
- Excellent Salary & Bonus Package
- Paid Medical & Dental Insurance / Paid Vacation
- Premium Pay for Qualified Candidate
- 401K Plan with 50% Company Contribution
- Deferred Compensation Program with 50% Company Contribution
- Company Car for District Managers & Regional Managers

SEND RESUME IN CONFIDENCE TO:

---



**Roth Young**

**RESTAURANT-HOTEL SPECIALISTS**

Nationwide professional placement network specializing in the hospitality industry for over 35 years.

*We are committed to client satisfaction.*

Long Island, NY
Ph. (516)822-6000
Fax (516)822-6018

Minneapolis, MN
Ph. (612)831-6655
Fax (612)831-7413

Seattle, WA
Ph. (425)455-2141
Fax (425)455-0067

Tampa, FL
Ph. (813)269-9889
Fax (813)269-9919

---



**HAM'S RESTAURANTS**
is growing and we need leaders to help us do just that.
We offer our restaurant managers

- LOTS OF OPPORTUNITY FOR ADVANCEMENT

---

1995 Hot Concepts! Award-winner

"Vital, vibrant and powerfully flavored" — San Jose Mercury News

**Have you seen (y)our family lately?**

Besides a competitive salary, bonus, benefits, and the industry-leading Paisano Partner program, managers at the dinner-only Buca di Beppo restaurants also enjoy a few other perks:

*A life. A culture. A career.*

If your current compensation package offers anything less — and you want to join one of the hottest concepts in the industry — please send or fax your resume to:

**BUCA di BEPPO**

Buca di Beppo Family Resources Department
1300 Nicollet Mall, Suite 5003
Minneapolis, MN 55403
Fax: 612-827-9401
Web Site: www.bucadibeppo.com

An equal opportunity employer

*Now Hiring in: Albany, Buffalo, Chicago, Cleveland, Columbus, Dayton, Denver, Des Moines, Detroit, Ft. Lauderdale, Indianapolis, Las Vegas, Los Angeles, Louisville, Miami, Minneapolis, Orange County, Orlando, Philadelphia, Phoenix, Pittsburgh, Sacramento, San Diego, San Francisco, Seattle, Tampa and Washington, D.C.*

P 0140   EXHIBIT




Interview
6/1/2000
10 AM Alan
MOVE DUE *um*

**Bey Dilemani**
10763 E. Palm Ridge Drive
Scottsdale AZ, 85259
PH. 480-563-8062
Fax 480-563-3569

| | |
|---|---|
| Oct. 1998 - Present | **Managing Director** <br> AZ Spaghetti Western Co. <br> Responsible for all aspects of creating a chain concept and implementing the tools needed to manage a 6000 sq. ft. facility |
| July 1994 - Aug. 1998 | **Director of Operations** <br> Hudson Restaurant Corporation <br> General management of multi-unit fine dining restaurants in the New York tri-state area |
| Sept. 1984 - July 1994 | **Director of Food & Beverage** <br> The Kimberly Hotel, New York City <br> All suite boutique hotel consisting of 200 suites, 2 restaurants, and a nightclub |
| Oct. 1983 - Sept. 1984 | **Hotel & Restaurant Consultant** <br> The Liberty Group, Newport Beach, CA <br> Created concepts, scouted desirable locations, developed cost analysis, supervised design layouts, projected food and beverage costs, and created menus and wine lists for various clientele. |
| Aug. 1881 - Oct. 1983 | **Rooms Division Manager** <br> Sheraton Centre, New York City <br> Responsible for front office, reservations department & housekeeping |
| May 1976 - June 1981 | **Proprietor/Managing Director** <br> Tapestry Restaurant, The Waldorf Astoria Hotel, New York City <br> responsibilities included creation to completion and daily management |

**Education**

| | |
|---|---|
| 1990 | Diploma of Honor, Long Island Culinary Association, NY, NY |
| 1975 | Chaine des Rotissuers, New York Wine & Food Society, NY, NY |
| 1974 | B.A. Business Administration <br> City College, NY, NY |

EXHIBIT
D-3
1-8-03 EMK

file



**An Equal Opportunity Employer**

## Application For Employment

**Personal Information:**

Name (Last, First, Middle): Dilemani, Bey, K
Date of Application: 7/12/00
Address: 10763 E Palm Ridge DR
City/State/Zip: Scottsdale, AZ
Phone Number: (480) 563-8062   Are you 18 years of age or older? ☒ Yes ☐ No
Referred by: ____

**Employment Desired:**

Position applied for: Manager
Date you can start: July 24th   Salary desired: ____
☒ Full Time   ☐ Part Time   ☐ Days   ☐ Evenings
Are you employed? ☐ Yes ☒ No   If so, may we inquire of your present and prior employers? ☒ Yes ☐ No
Have you ever applied to this company before? ☐ Yes ☒ No
Where: ____   When: ____

**Education:**

High School: Richmond   Sheffield England
College: City College, N.Y.C   4
Trade, Business, Correspondence School: New York Wine & Food Society

**Convictions, if any:** Have you ever been convicted of a misdemeanor, gross misdemeanor, or felony? ☐ Yes ☒ No
(Convictions may be considered but will not necessarily disqualify an applicant from employment.)
If so, were any such convictions directly or indirectly work related? ☐ Yes ☐ No
If answer to either or both prior questions is yes, please provide full details as to each conviction: ____

**Special Skills and Experience:**

Please state any other background, licenses, skills or experience which you feel especially qualifies you for the position for which application is made:

1990 - Diploma of Honor, Long Island Culinary Association, N.Y.
- Chaine des Rotissuers, New York Wine & Food Society
The Study of wines around the world

1996 recipient of Five Star Diamond Award by American Academy of Hospitality

P 0101

**Employment History:** (start with most recent)

Employer: AZ Spaghetti Western  From: Oct 98  To: July, 2000
Address: 8300 North Hayden Rd Scottsdale AZ 85258  sm620
Your Position: managing Director  Wages: 80,000 per year
Immediate Supervisor: Mark Mirbod  Title: owner
Phone Number: (480) 991-6150.  mobil (602) 743-5900
Reason for leaving _____

Employer: Hudson Restaurant Corp  From: July 94  To: Aug 98
Address: _____
Your Position: Director of Operation  Wages: 80,000 per year
Immediate Supervisor: Carl Alfarano  Title: President/CFO
Phone Number: (201) 307-5402
Reason for leaving _____

Employer: The Kimberly Hotel  From: Sep 84  To: July 94
Address: 145 E. 50Th ST N.Y.C. N.Y 10022
Your Position: Director of F&B  Wages: 85,000 per year
Immediate Supervisor: Fred Manocherian  Title: Owner
Phone Number: (212) 755-0400
Reason for leaving _____

**References:** Give below the names, addresses and phone numbers of two persons: 1) not related to you 2) not a former employer

Name: Gunther Richter  Years Known: 25
Address: Swissotel New York The Drake 440 Park Ave N.Y.C N.Y 10022
Phone: (212) 421-0900  Business or relationship: Former Business colleague

Name: Tony Mingalone  Years Known: 25
Address: 540 Texas Ave Houston, Texas 77002
Phone: (713) 223-0088  Business or relationship: Former Business colleague

**Applicant hereby understands and represents:**

(a) Applicant hereby gives full authority and permission to Employer to verify the information herein with the business and personal references stated. Applicant also authorizes Employer to obtain credit reports as allowed under federal and state laws.

(b) Applicant represents that the statements and information set forth herein are true, correct and complete and understands that the Employer will rely on said information in order to make a decision of whether or not to employ Applicant. Applicant may be rejected for employment or Employer may terminate any employment offered or commenced, among other reasons, if it appears any statement is untrue or incomplete.

(c) If a conditional offer of employment is made by Employer or if applicant is employed, applicant shall be required to furnish applicant's social security number and evidence of citizenship, visa, or other qualification for employment as required or permitted by law. Following a conditional offer of employment made to Applicant, applicant may be required to submit to a medical examination as to work related abilities or conditions if required of all other persons conditionally offered employment, as required or permitted by law.

(d) Applicant acknowledges that if employed by Employer, Applicant shall be at all times an employee at will, and such employment may be terminated or suspended at any time by Employer, with or without cause, or for no cause whatsoever, in the sole discretion of Employer for any reason not specifically precluded by applicable law. Neither the acceptance of this application nor an offer of employment, nor the employment of Applicant shall constitute or be construed as a promise, agreement, or commitment of Employer of continuing employment of Applicant. If employed, Applicant shall be required to comply with all proper Employer policies, rules and instructions, and employer reserves the right to amend, change or terminate any such policies, rules and instructions at any time in its sole discretion unless prohibited by law.

Date: 7/12/00  Applicant's Signature: [signature]
Print or Type Applicant's Name: Bey Dilemani



## DISCLOSURE AND RELEASE STATEMENT

In connection with my application for employment with Buca di Beppo Buca di Beppo may request a background report. The report may include such information as: education, former employment, driving record, credit, bankruptcy proceedings, criminal records, etc., from federal, state and other agencies which maintain such records.

I have the right to request from Buca di Beppo and the report provider, upon proper identification, the nature and substance of the information obtained from the background report.

I authorize any party or agency contacted by Buca di Beppo or its authorized representatives, to furnish the above-described information. I hereby authorize procurement of the background report.

Applicant Signature: *[signed]*    Date: 7/12/2000

Name (Please Print): Bey Dilemani

Applicant: Please complete the following for proper identification purposes.

Name: Last: Dilemani   First: Bey   Middle: K   Maiden:
Social Security Number: 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   Date of Birth: 12/12/45
Current Address: 10763 E Palm Ridge DR   City: Scottsdale   State: AZ   Zip: 85259
Driver's License Number and State: D00469319 Arizona

List any other names or Social Security Numbers you have used.

List any felony convictions and provide the date(s), county/parish, and state.

P 0103