# EXHIBIT E

P-14



An Equal Opportunity Employer

## Application For Employment

**Personal Information:**

Name (Last, First, Middle) __Dilemani, Bey, K__   Date of Application __7/12/00__
Address __10763 E Palm Ridge DR__
City/State/Zip __Scottsdale, AZ__
Phone Number (__480__) __563-8062__   Are you 18 years of age or older? ☒ Yes ☐ No
Referred by _____

**Employment Desired:**

Position applied for __Manager__
Date you can start __July 24th,__   Salary desired _____
☒ Full Time   ☐ Part Time   ☐ Days   ☐ Evenings
Are you employed? ☐ Yes ☒ No   If so, may we inquire of you present and prior employers?   ☐ Yes ☐ No
Have you ever applied to this company before?   ☐ Yes ☒ No
Where _____   When _____

**Education:**

High School __Richmond__ Name and location of school __Sheffield England__ Number of years attended _____
College __City College, N.Y.C__ ____ __4__
Trade, Business, Correspondence School __New York Wine & Food Society__

Convictions, if any: Have you ever been convicted of a misdemeanor, gross misdemeanor, or felony? ☐ Yes ☒ No
(Convictions may be considered but will not necessarily disqualify an applicant from employment.)
If so, were any such convictions directly or indirectly work related? ☐ Yes ☐ No
If answer to either or both prior questions is yes, please provide full details as to each conviction: _____

**Special Skills and Experience:**

Please state any other background, licenses, skills or experience which you feel especially qualifies you for the position for which application is made:
__1990 - Diploma of Honor, Long Island Culinary__
__Association, N.Y.__
__- Chaine des Rotissuers, New York Wine & Food Society__
__The study of wines around The world__
__1996 recipient of Five Star Diamond Award__
__by American Academy of Hospitality__

D 01 02 03

Date 12-23-02  Exhibit # P-14
Case DILEMANI V BUCA
Deponent LORI VAN HOLMES
Reporter Tia REIDT
Naegeli Reporting Corporation
(800) 528-3335  FAX (503) 227-7123

p.3   (914)-923-7306   Jake Dilemani   Jul 13 00 09:16a

**Employment History:** (start with most recent)

Employer: AZ Spaghetti Western  From: Oct 98  To: July 2000
Address: 8300 North Hayden Rd Scottsdale AZ 85258  suite 201
Your Position: Managing Director  Wages: 80,000 per Year
Immediate Supervisor: Mark miRBod  Title: owner
Phone Number: (480) 991-6150 · mobil (602) 743-5900
Reason for leaving: ___

Employer: Hudson Restaurant Corp  From: July 94  To: Aug 98
Address: ___
Your Position: Director of Operation  Wages: 80,000 per Year
Immediate Supervisor: Carl Alfamano  Title: President/CEO
Phone Number: (201) 307-5402
Reason for leaving: ___

Employer: The Kimberly Hotel  From: Sep 84  To: July 94
Address: 145 E 50th St N.Y.C. N.Y. 10022
Your Position: Director of F&B / G.M.  Wages: 85,000 per Year
Immediate Supervisor: Fred Manocherian  Title: Owner
Phone Number: (212) 755-0400
Reason for leaving: ___

**References:** Give below the names, addresses and phone numbers of two persons: 1) not related to you 2) not a former employer

Name: Gunther Richter  Years Known: 25
Address: Swissotel New York The Drake 440 Park Ave N.Y.C. N.Y. 10022
Phone: (212) 421-0900  Business or relationship: Former Business Colleague

Name: Tony Mingalone  Years Known: 25
Address: 540 Texas Ave Houston, Texas 77002
Phone: (713) 223-0088  Business or relationship: Former Business Colleague

**Applicant hereby understands and represents:**

(a) Applicant hereby gives full authority and permission to Employer to verify the information herein with the business and personal references stated. Applicant also authorizes Employer to obtain credit reports as allowed under federal and state laws.

(b) Applicant represents that the statements and information set forth herein are true, correct and complete and understands that the Employer will rely on said information in order to make a decision of whether or not to employ Applicant. Applicant may be rejected for employment or Employer may terminate any employment offered or commenced, among other reasons, if it appears any statement is untrue or incomplete.

(c) If a conditional offer of employment is made by Employer or if applicant is employed, applicant shall be required to furnish applicant's social security number and evidence of citizenship, visa, or other qualification for employment as required or permitted by law. Following a conditional offer of employment made to Applicant, applicant may be required to submit to a medical examination as to work related abilities or conditions if required of all other persons conditionally offered employment, as required or permitted by law.

(d) Applicant acknowledges that if employed by Employer, Applicant shall be at all times an employee at will, and such employment may be terminated or suspended at any time by Employer, with or without cause, or for no cause whatsoever, in the sole discretion of Employer for any reason not specifically precluded by applicable law. Neither the acceptance of this application nor an offer of employment, nor the employment of Applicant shall constitute or be construed as a promise, agreement, or commitment of Employer of continuing employment of Applicant. If employed, Applicant shall be required to comply with all proper Employer policies, rules and instructions, and employer reserves the right to amend, change or terminate any such policies, rules and instructions at any time in its sole discretion unless prohibited by law.

Date: 7/12/00  Applicant's Signature: [signature]
Print or Type Applicant's Name: Bey Dilemani

D 01 02 04

Jul 13 00 09:16a    Jake Dilemani    (914)-923-7306    p.4

## DISCLOSURE AND RELEASE STATEMENT

In connection with my application for employment with Buca di Beppo Buca di Beppo may request a background report. The report may include such information as: education, former employment, driving record, credit, bankruptcy proceedings, criminal records, etc., from federal, state and other agencies which maintain such records.

I have the right to request from Buca di Beppo and the report provider, upon proper identification, the nature and substance of the information obtained from the background report.

I authorize any party or agency contacted by Buca di Beppo or its authorized representatives, to furnish the above-described information. I hereby authorize procurement of the background report.

Applicant Signature: _Bey Dilemani_   Date: 7/12/2000

Name (Please Print): Bey Dilemani

---

Applicant: Please complete the following for proper identification purposes.

Name:
- Last: Dilemani
- First: Bey
- Middle: K
- Maiden:

Social Security Number: 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
Date of Birth: 12/12/45

Current Address: 10763 E Palm Ridge DR
City/County: 
State: Scottsdale, AZ
Zip: 85259

Driver's License Number and State: D00469319 Arizona

List any other names or Social Security Numbers you have used.

List any felony convictions and provide the date(s), county/parish, and state.

D 01 02 05

P-15



July 11, 2000

Bey Dilemani
10763 East Palm Ridge Drive
Scottsdale, AZ 85259

Dear Bey,

I enjoyed talking with you. The Buca di Beppo family is looking for someone with your kind of enthusiasm. Included in this packet are forms to fill out and information for your reading pleasure.

Please fax the forms along with a list of professional references to Lucy Lea in the home office, 612/827-6446.

If you have any questions, please do not hesitate to give me a call.

Ciao!

Lori Van Holmes
Senior Manager of Family Resources

**BUCA INC.**
Home Office
1300 Nicollet Mall, Suite 5003
Minneapolis, MN 55403
Tel: 612/288-2382 • Fax: 612/827-6446
www.bucadibeppo.com

Date 12-03-02  Exhibit # P-15
Case DILEMANI v. BUCA
Deponent LORI VAN HOLMES
Reporter TIA REIDT
Naegeli Reporting Corporation
(800) 528-3335  FAX (503) 227-7123

D 01 02 06

MAY-01-01 12:59 AM

P-16
JC

Northeast
newyork
Conn
PA.

## MANAGEMENT CANDIDATE IN-DEPTH EVALUATON

Name: Bey Dilemani    Date & Time: 6/1 - 10:00 AM

Position Desired: PoP    Location: _____

|  | above expectation | meets expectation | below expectation |
|---|---|---|---|
| Professional Appearance | NA ↑ | → | ↓ |
| Job Fit & Stability | ⊙ | → | ↓ |
| Emotional Consistency & Objectivity | ↑ | + ⊙ | ↓ |
| People Relations/Team Building | ↑ | + ⊙ | ↓ |
| Energy/Work Ethic | ↑ | ⊙ | ↓ |
| Organization/Prioritizing/ | ↑ | ⊙ | ↓ |
| Coping with Stress Leadership | ↑ | ⊙ | ↓ |
| Integrity Values | ↑ | + ⊙ | ↓ |
| Guest Relations | ↑ | + ⊙ | ↓ |
| Staff Training & Development | ↑ | + ⊙ | ↓ |
| Controls/Financial Acumen | ↑ | + ⊙ | ↓ |
| Self Confidence/Desire | ↑ | + ⊙ | ↓ |

OVERALL EVALUATION:

Comments: _____

Recommed for hire?   YES_____   NO_____

Signature: Lori Van Holmes

Hobbies: Photography, develop prints, Bike Ride
Music

Date 12-23-02 Exhibit # P-16
Case Dilemani v. BUCA
Deponent LORI VAN HOLMES
Reporter Tia B. Reidt
Naegeli Reporting Corporation
(800) 528-3335 FAX (503) 227-7123

D 01 02 17

Been to Scottsdale couple times
food good friendly, overall positive

$ 80 Base
Bonus QTRly
9% of Gross

Leaving - Broken promises wanted to make concept into a chain. Concentrate more on real Estate not all on restaurants.

30-35k Sales per week.

management style - Coach - detail oriented, very organized extremely fair expect to do the right way. Not the easy way. → Habit making excuses + have to leave early. 7:30 I'll explain tomorrow + walked out.

Hire people enjoy what they do

Late - last + first notice.

Guest - Got wrong food, told joke laugh, apologize not angry face, get drinks

Food cost 33.9% 21% Liquor

purchasing, long discussion w/ kitchen, stay there, ordering, monitor on daily basis, Macros pos receiving, presenting specials of day - recipes some items, sales, Line U's not set form res basis

security - Camera certain area, locked items

FAV
Love the public
Business not boring
Like to talk to people
Develop →
Find out Goals
Still Learn

Least
individuals
making excuses
Bus boy ma
minimum have conversation when hire
set goals back 100%
→ Little more patient. Anxious to get things done. Patient w/ help

5 words
1 organized
2 problem solving
3 Fair
4 very responsible
5 Fantastic mingle
OJ restaurants

D 01 02 18