IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEY DILEMANI, | ) | File No. 02-CV-2614 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BUCA, INC., | ) | |
| Defendant. | ) | |

Based upon all the files, records, and proceedings in this action, it is hereby ordered that defendant BUCA, Inc. be and hereby is granted summary judgment as to all claims asserted against it.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____, 2003          _____

United States District Court Judge

M1:958162.01

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 3, 2003, I electronically filed the foregoing with the Clerk of Court using the ECF system.  This document is available for viewing and downloading from the ECF system.


Additionally, a copy of the foregoing was mailed to the attorney named below at the address shown below by UPS Next Day Air from Minneapolis, MN on February 3, 2002:


**Mr. Scott B. Goldberg**
**Michael J. Salmanson, P.C.**
**1515 Locust Street, 10th Floor**
**Philadelphia, PA  19102**


*/s/ Daniel C. Gerhan*
Daniel C. Gerhan