## IN THE UNITED STATES DISTRICT COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEY DILEMANI, | ) | File No. 02-CV-2614 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **SECOND AFFIDAVIT** |
| | ) | **OF DANIEL C. GERHAN IN SUPPORT** |
| | ) | **OF DEFENDANT** |
| BUCA, INC., | ) | **BUCA, INC.'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| Defendant. | ) | |
| | ) | |

STATE OF MINNESOTA     )
                                        ) ss.
COUNTY OF HENNEPIN     )

DANIEL C. GERHAN, being duly sworn and under oath states that:

1.      I am one of the attorneys representing Defendant BUCA, Inc. in this action.

I submit this affidavit in support of Defendant BUCA, Inc.'s Motion for Summary Judgment.

2.      Attached as Exhibit 1 are the following relevant excerpts from the deposition of

Bey Dilemani:

    Cover page, 245-46, and 256-57.

This completes my affidavit, which consists of two typewritten pages and the attached

Exhibit 1.

_____
DANIEL C. GERHAN

Subscribed and sworn to before
me this 19th day of February, 2003.

_____
(Notary Public
M1:965915.01

JUDITH M. KIRBY
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2003, I electronically filed the foregoing with the Clerk of Court using the ECF system. This document is available for viewing and downloading from the ECF system.

Additionally, a copy of the foregoing was mailed to the attorney named below at the address shown below by UPS Next Day Air from Minneapolis, MN on February 19, 2002:

**Mr. Scott B. Goldshaw**
**Michael J. Salmanson, P.C.**
**1515 Locust Street, 10th Floor**
**Philadelphia, PA 19102**

*/s/ Daniel C. Gerhan*
Daniel C. Gerhan

# EXHIBIT 1

# COPY OF TRANSCRIPT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEY DILEMANI
52 Brinker Drive
Doylestown, PA

     Plaintiff

    V                     Civil Action
                              No. 02-CV-2614

BUCA, INC.
1300 Nicollet Mall
Suite 5003
Minneapolis, MN 55403

     Defendant

       Oral deposition of JAMES M. COWLER, taken at the LAW OFFICES OF MICHAEL J. SALMANSON, P.C., 1515 Locust Street, 10th Floor, Philadelphia, Pennsylvania, beginning at 10:28 a.m., on Thursday, January 9, 2003, before Carmen A. Santone, Court Reporter, pursuant to notice.



James DeCrescenzo Reporting
Pennsylvania's Leader in Information and Technology Management
1700 Sansom Street, 5th Floor,
Philadelphia, PA 19103
www.jdreporting.com

215.564.3905
phone

215.751.0581
fax

EXHIBIT 1

245

ORAL DEPOSITION OF JAMES M. COWLER, 1/9/03

1      Q.      During the entire course of

2  your career at any of your past

3  employers, can you recall hiring a

4  person who at the time was at least

5  50 years old?

6      A.      Yes.

7      Q.      How many people can you

8  recall hiring during --

9      A.      I don't know.  I mean, the

10  first one that comes to mind is

11  Dennis up in Allentown, who's 54.

12      Q.      At the time he was hired?

13      A.      The restaurant's been

14  opened two and a half years.  So he

15  must have been 52.

16      Q.      Dennis who?

17      A.      Sifiles, S-i-f-i-l-e-s.

18      Q.      And the position was for

19  what?

20      A.      Assistant general manager.

21      Q.      Can you recall anybody

22  else?

23      A.      Well, I'm not sure how old

24  Vinnie was when I hired him, because

**James DeCrescenzo Reporting**
Pennsylvania's Leader in Technology and Information Management
215.564.3905                1700 Sansom Street, 5th Floor          FAX 215.751.0581
Philadelphia, PA 19103
www.JDReporting.com

ORAL DEPOSITION OF JAMES M. COWLER, 1/9/03

1    I'm guessing at his age.  So I

2    don't -- I really don't know.  I'm

3    thinking Buca.  So Buca, I don't

4    know.

5            Boston Market, I can think

6    of a couple folks in the hourly

7    ranks.

8        Q.    Any in the management

9    ranks?

10       A.    I'm not sure how old Susan

11   Baux was, I have no idea.  She's

12   working for US Air now.  I don't

13   recall.  Yeah, I'm sorry.  I don't

14   recall.

15       Q.    Do you have an estimate as

16   to how many people over 50 years old

17   you have hired in the course of your

18   career?

19           MR. GERHAN:  Objection.

20   Asked and answered.

21           THE WITNESS:  You know,

22   based on this moment right now --

23   BY MR. GOLDBERG:

24       Q.    Yes.

**James DeCrescenzo Reporting**
Pennsylvania's Leader in Technology and Information Management

215.564.3905          1700 Sansom Street, 5th Floor          FAX 215.751.0581
                      Philadelphia, PA 19103
                      www.JDReporting.com

256

ORAL DEPOSITION OF JAMES M. COWLER, 1/9/03

1  at the fact-finding conference?

2       A.    Only that the referee and

3  the attorney asked me pretty much a

4  lot of the same questions you

5  asked -- not to the detail, to make

6  me throw all those estimates out

7  there.  But he asked me a lot of the

8  same questions about the interview

9  process, the hiring process.  That

10  was about it.

11            It was pretty -- I think it

12  was under an hour.  I'm not sure, but

13  it didn't seem like it was that long.

14  But it was pretty, pretty

15  straightforward.

16       Q.    Do you recall anything that

17  Mr. Dilemani said at the fact-finding

18  conference?

19       A.    You know, I don't.

20       Q.    Do you recall anything that

21  you said?

22       A.    Sure.  I said basically

23  what I told you, except without the

24  whole history piece.

**JDR**

**James DeCrescenzo Reporting**
Pennsylvania's Leader in Technology and Information Management

215.564.3905            1700 Sansom Street, 5th Floor            FAX 215.751.0581
                        Philadelphia, PA 19103
                        www.JDReporting.com

257

ORAL DEPOSITION OF JAMES M. COWLER, 1/9/03

1              But, you know, I can't

2  recall if Bey even gave a statement.

3  I don't believe he gave a statement

4  at the -- at the fact-finding that I

5  was at.

6              I think there might have

7  been some maybe rebuttal questions

8  through the attorney, but I don't

9  recall our attorneys and -- or our

10  people, you know, asking Bey a series

11  of question like the attorney and the

12  referee asked me.

13      Q.    Do you recall anything

14  specifically that Ms. Van Holmes

15  said --

16      A.    She was not at the

17  fact-finding.

18      Q.    Are you sure?

19      A.    I'm pretty sure.  I'm not

20  guaranteeing, but I don't remember

21  her there.

22      Q.    Okay.

23      A.    I remember Jennifer and --

24  I don't know.  Jesus.