```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                               )
BEY DILEMANI,                  ) Civil Action
                               )
           Plaintiff,          ) No. 02-cv-02614
                               )
      vs.                      )
                               )
BUCA, INC.,                    )
                               )
           Defendant.          )
```

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 25th day of February, 2003,

<u>     IT IS ORDERED</u> that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge