IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEY DILEMANI, | ) |
| | ) Civil Action |
| Plaintiff, | ) |
| | ) No. 02-cv-02614(JKG) |
| vs. | ) |
| | ) |
| BUCA, INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

NOW, this 25th day of February, 2003, upon consideration of the Motion by Bey Dilemani to Compel Responses to Discovery Requests filed on December 16, 2002; and upon consideration of the briefs of the parties,

IT IS ORDERED that plaintiff's motion is denied without prejudice to proceed as indicated below.

IT IS FURTHER ORDERED that the parties may bring this discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by the Standing Order of the undersigned dated January 2, 2003.

BY THE COURT:


_____
James Knoll Gardner
United States District Judge