```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BEY DILEMANI,                    )
                                 )   Civil Action
            Plaintiff            )   No. 02-CV-02614
                                 )
       vs.                       )
                                 )
BUCA, INC.,                      )
                                 )
            Defendant            )
```

### O R D E R

NOW, this 1st day of May, 2003, upon consideration of Defendant Buca, Inc.'s Notice of Motion and Motion for Summary Judgment filed February 3, 2003; upon consideration of Dilemani's Memorandum of Law in Opposition to Buca's Motion for Summary Judgment filed February 12, 2003; upon consideration of the Reply Brief of Defendant Buca, Inc. in Support of Summary Judgment filed February 19, 2003; after oral argument held this date; and for the reasons articulated simultaneously in the record,

IT IS ORDERED that defendant's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's Complaint is dismissed.

BY THE COURT:

James Knoll Gardner
United State District Judge